UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER A. LEIPHART,
    Plaintiff,

vs.                                        Case No.:  3:25-cv-9/MCR/ZCB

JENNIFER ROGERS,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 17, 2025. (Doc. 7).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

2. The Defendant's Motion to Dismiss, (Doc. 3), is **GRANTED** to the extent that Plaintiff's federal claim under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief can be granted.

3. Supplemental jurisdiction over Plaintiff's state law claims is declined and this matter is **REMANDED** to the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida.

**DONE AND ORDERED** this 13th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**